**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John F. Schmitt** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3430** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **12–25431–JAD**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John F. Schmitt

<u>6/5/18</u>                                                **By the court:**   <u>Jeffery A. Deller</u>
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-25431-JAD
John F. Schmitt                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2           Date Rcvd: Jun 05, 2018
                              Form ID: 3180W          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
```
db              +John F. Schmitt,    3029 Brentwood Avenue,    Pittsburgh, PA 15227-2816
cr               Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,   Pittsburgh, PA  15219
cr              +PNC Mortgage,    a division of PNC Bank, N.A.,    3232 Newmark Drive,   Miamiburg, OH 45342-5421
13504407        +Associates in Endocrinology PC,    PO Box 3445,    Pittsburgh, PA 15230-3445
13543791        +Borough of Brentwood,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13504408        +C&L Service Corp/Morris-Griffin Corp,    2488 E 81st Street,    Suite 700,   Tulsa, OK 74137-4267
13504410        +Capital One Bank,    Allied Interstate,    3000 Corporate Exchange Drive,
                 Columbus, OH 43231-7689
13504409        +Capital One Bank,    Northland Group Inc.,    P.O. Box 390846,   Edina, MN 55439-0846
13565837         CitiFinancial, Inc,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
13504412        +Citifinancial,   3613 Library Road,    Pittsburgh, PA 15234-2269
13504413         Citifinancial Inc.,    PO Box 140489,    Irving, TX 75014-0489
13504414         Collection Service Center,    839 5th Avenue,    PO Box 560,   New Kensington, PA 15068-0560
13504415        +Convergent Healthcare Recoveries Inc,    PO Box 805184,    Dept 0102,
                 Kansas City, MO 64180-5184
13504416        +Delatorre Orthotics & Prosthetics Inc.,    PO Box 644574,    Pittsburgh, PA 15264-8574
13504419         Jefferson Medical Center,    Coal Valley Road,    P.O. Box 18119,   Pittsburgh, PA 15236-0119
13504420         Jefferson Regional Medical Center,    c/o CBCS,    PO Box 2724,   Columbus, OH 43216-2724
13504421        +Louis P. Vitti, esquire,    916 Fifth Avenue,    Pittsburgh, PA 15219-4764
13504422        +National City Mortgage Company,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13529843        +P.A.A.C. Transit Division FCU,    219 Ft. Pitt Blvd.,    Pittsburgh, PA 15222-1559
13504423        +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13560652        +PNC Bank, National Association, et al.,    c/o Vitti & Vitti & Associates, P.C.,
                 215 Fourth Avenue,    Pittsburgh, PA 15222-1707
13701921        +PNC Mortgage,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
13504424        +Port Authority of Allegheny County,    Employees Federal Credit Union,   219 Fort Pitt Boulevard,
                 Pittsburgh, PA 15222-1558
13504426         St. Clair Hospital,    c/o Collection Service Center Inc.,    250 Mt. Lebanon Blvd.,
                 PO Box 14931,    Pittsburgh, PA 15234-0931
13504427         UPMC Physician Services,    c/o Collection Service Center Inc.,    839 5th Avenue,   PO Box 560,
                 New Kensington, PA 15068-0560
13504428        +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13504429        +UPMC Southside Hospital,    200 Lothrop Street,    Pittsburgh, PA 15213-2582
13627716        +UPMC-Mercy Southside OUT/PT,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2018 02:13:19     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13504411        +EDI: CITICORP.COM Jun 06 2018 06:08:00     Citibank,    P. O. Box 6500,
                 Sioux Falls, SD 57117-6500
13504417        +E-mail/Text: kburkley@bernsteinlaw.com Jun 06 2018 02:13:46     Duquesne Light Company,
                 c/o Peter Ashcroft, Esquire,    Suite 2200 - Gulf Tower,   707 Grant Street,
                 Pittsburgh, PA 15219-1908
13572798        +E-mail/Text: kburkley@bernsteinlaw.com Jun 06 2018 02:13:46     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13504425        +E-mail/Text: PFS.Analyst@stclair.org Jun 06 2018 02:13:39     St. Clair Hospital,
                 1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
13514901         EDI: ECAST.COM Jun 06 2018 06:08:00     eCAST Settlement Corporation, assignee,
                 of Capital One Bank (USA), NA,    POB 35480,   Newark, NJ 07193-5480
13504418         EDI: ECAST.COM Jun 06 2018 06:08:00     eCast Settlement Corp assignee of,    Capital One Bank,
                 PO Box 35480,    Newark, NJ 07193-5480
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Borough of Brentwood
cr               PNC Bank, National Association
cr               PNC MORTGAGE DIV PNC BANK NA
cr*             +UPMC-Mercy Southside OUT/PT,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
                                                                                              TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: bsil              Page 2 of 2              Date Rcvd: Jun 05, 2018
                               Form ID: 3180W          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    PNC MORTGAGE DIV PNC BANK NA bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth Steidl    on behalf of Debtor John F. Schmitt julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Louis P. Vitti    on behalf of Creditor    PNC Bank, National Association tiffany@vittilaw.com,
           louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```