**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOHN F. SCHMITT<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>  vs.<br>No Repondents. | **DEFAULT O/E JAD**<br><br>Case No.:12-25431 JAD<br><br>Chapter 13<br><br>Document No.: 53 |

**ORDER OF COURT**

AND NOW, this __5th__ day of __June__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE sjk

Jeffery A. Deller

FILED
6/5/18 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 12-25431-JAD
John F. Schmitt                                                     Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil              Page 1 of 2          Date Rcvd: Jun 05, 2018
                              Form ID: pdf900         Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db             +John F. Schmitt,   3029 Brentwood Avenue,    Pittsburgh, PA 15227-2816
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +PNC Mortgage,    a division of PNC Bank, N.A.,    3232 Newmark Drive,    Miamiburg, OH 45342-5421
13504407       +Associates in Endocrinology PC,    PO Box 3445,    Pittsburgh, PA 15230-3445
13543791       +Borough of Brentwood,    c/o Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13504408       +C&L Service Corp/Morris-Griffin Corp,    2488 E 81st Street,    Suite 700,    Tulsa, OK 74137-4267
13504410       +Capital One Bank,    Allied Interstate,    3000 Corporate Exchange Drive,
                 Columbus, OH 43231-7689
13504409       +Capital One Bank,    Northland Group Inc.,    P.O. Box 390846,    Edina, MN 55439-0846
13565837        CitiFinancial, Inc,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
13504411       +Citibank,    P. O. Box 6500,    Sioux Falls, SD 57117-6500
13504412       +Citifinancial,    3613 Library Road,    Pittsburgh, PA 15234-2269
13504413        Citifinancial Inc.,    PO Box 140489,    Irving, TX 75014-0489
13504414        Collection Service Center,    839 5th Avenue,    PO Box 560,    New Kensington, PA 15068-0560
13504415       +Convergent Healthcare Recoveries Inc,    PO Box 805184,    Dept 0102,
                 Kansas City, MO 64180-5184
13504416       +Delatorre Orthotics & Prosthetics Inc.,    PO Box 644574,    Pittsburgh, PA 15264-8574
13504419        Jefferson Medical Center,    Coal Valley Road,    P.O. Box 18119,    Pittsburgh, PA 15236-0119
13504420        Jefferson Regional Medical Center,    c/o CBCS,    PO Box 2724,    Columbus, OH 43216-2724
13504421       +Louis P. Vitti, esquire,    916 Fifth Avenue,    Pittsburgh, PA 15219-4764
13504422       +National City Mortgage Company,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13529843       +P.A.A.C. Transit Division FCU,    219 Ft. Pitt Blvd.,    Pittsburgh, PA 15222-1559
13504423       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13560652       +PNC Bank, National Association, et al.,    c/o Vitti & Vitti & Associates, P.C.,
                 215 Fourth Avenue,    Pittsburgh, PA 15222-1707
13701921       +PNC Mortgage,    3232 Newmark Dr.,    Miamisburg, OH 45342-5433
13504424       +Port Authority of Allegheny County,    Employees Federal Credit Union,    219 Fort Pitt Boulevard,
                 Pittsburgh, PA 15222-1558
13504426        St. Clair Hospital,    c/o Collection Service Center Inc.,    250 Mt. Lebanon Blvd.,
                 PO Box 14931,    Pittsburgh, PA 15234-0931
13504427        UPMC Physician Services,    c/o Collection Service Center Inc.,    839 5th Avenue,    PO Box 560,
                 New Kensington, PA 15068-0560
13504428       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
13504429       +UPMC Southside Hospital,    200 Lothrop Street,    Pittsburgh, PA 15213-2582
13627716       +UPMC-Mercy Southside OUT/PT,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
13514901        eCAST Settlement Corporation, assignee,    of Capital One Bank (USA), NA,    POB 35480,
                 Newark, NJ 07193-5480
13504418        eCast Settlement Corp assignee of,    Capital One Bank,    PO Box 35480,    Newark, NJ 07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13504417       +E-mail/Text: kburkley@bernsteinlaw.com Jun 06 2018 02:13:48      Duquesne Light Company,
                 c/o Peter Ashcroft, Esquire,    Suite 2200 - Gulf Tower,    707 Grant Street,
                 Pittsburgh, PA 15219-1908
13572798       +E-mail/Text: kburkley@bernsteinlaw.com Jun 06 2018 02:13:48      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13504425       +E-mail/Text: PFS.Analyst@stclair.org Jun 06 2018 02:13:39      St. Clair Hospital,
                 1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
                                                                                               TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Brentwood
cr              PNC Bank, National Association
cr              PNC MORTGAGE DIV PNC BANK NA
cr*            +UPMC-Mercy Southside OUT/PT,   c/o Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
                                                                                               TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: bsil              Page 2 of 2             Date Rcvd: Jun 05, 2018
                              Form ID: pdf900         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC MORTGAGE DIV PNC BANK NA bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Brentwood jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor John F. Schmitt julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Louis P. Vitti    on behalf of Creditor    PNC Bank, National Association tiffany@vittilaw.com,
               louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```