**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOHN F. SCHMITT | Case No.:12-25431 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

**TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

     1.  The case was filed on 11/02/2012  and confirmed on 01/18/2013 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

     2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 82,920.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 82,920.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,300.00 | |
|     Trustee Fee | 3,126.88 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,426.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC MORTGAGE DIV PNC BANK NA | 0.00 | 49,800.11 | 0.00 | 49,800.11 |
|     Acct: 3779 | | | | |
| PNC MORTGAGE DIV PNC BANK NA | 24,091.35 | 24,091.35 | 0.00 | 24,091.35 |
|     Acct: 3779 | | | | |
| BRENTWOOD BORO - SEWAGE* | 78.55 | 78.55 | 22.68 | 101.23 |
|     Acct: XXXXXXXX4;12 | | | | |
| BRENTWOOD BORO - SEWAGE* | 6.29 | 6.29 | 0.00 | 6.29 |
|     Acct: XXXXXXXXXXXXXXX-INT | | | | |
| | | | | 73,998.98 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| JOHN F. SCHMITT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| JOHN F. SCHMITT | 174.40 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| STEIDL & STEINBERG | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 12-25431 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXXXCIAL | 460.03 | 460.03 | 0.00 | 460.03 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXXXXXXX5431 | 174.40 | 174.40 | 0.00 | 174.40 |
| | | | | 634.43 |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| UPMC - MERCY SOUTHSIDE OUT/PT<br>Acct: 3430 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 2003 | 4,098.17 | 809.43 | 0.00 | 809.43 |
| ASSOCIATES IN ENDOCRINOLOGY<br>Acct: 8036 | 0.00 | 0.00 | 0.00 | 0.00 |
| C & L SERVICE CORP/MORRIS GRIFFIN CC<br>Acct: 4422 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: 6468 | 1,016.50 | 200.77 | 0.00 | 200.77 |
| CITIBANK NA(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++<br>Acct: 4241 | 2,329.13 | 0.00 | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOVERY<br>Acct: 1825 | 0.00 | 0.00 | 0.00 | 0.00 |
| DELATORRE ORTHOTICS & PROSTHET++<br>Acct: 4059 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON MEDICAL CENTER<br>Acct: 3100 | 0.00 | 0.00 | 0.00 | 0.00 |
| CBCS++<br>Acct: 7021 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAAC TRANSIT DIVISION FCU<br>Acct: 3430 | 4,301.08 | 849.51 | 0.00 | 849.51 |
| ST CLAIR HOSPITAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: 1002 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: 0002 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN<br>Acct: 1000 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTHSIDE HOSPITAL<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 1,859.71 |

TOTAL PAID TO CREDITORS                                                                 76,493.12

TOTAL CLAIMED
PRIORITY              634.43
SECURED           24,176.19
UNSECURED       11.744.88

Date: 09/20/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m